### SIMMONS v. CENTRAL N. E. & W. R. CO.

(Supreme Court, General Term, Second Department.   February 13, 1893.)

APPEAL—SUFFICIENCY OF EVIDENCE.
> Where the evidence is sufficient to sustain the verdict, and no exceptions are taken to the rulings of the court with respect thereto, or to the charge, the verdict will be upheld on appeal.

Appeal from circuit court, Dutchess county.

Action by Eva W. Simmons against the Central New England & Western Railroad Company to recover damages for the killing of plaintiff's cattle at a farm crossing.  Judgment for plaintiff, from which, and an order denying a new trial, defendant appeals.  Affirmed.

Argued before DYKMAN and PRATT, JJ.

Milton A. Fowler, for appellant.
A. M. & G. Card, for respondent.

PRATT, J.   This case only involved questions of fact in its trial, and we think the evidence is sufficient to sustain the verdict.  The jury found the defendant was guilty of negligence in running its train on the occasion of the accident, and also found, as matter of fact, that the plaintiff was not guilty of contributory negligence.  No exceptions are taken to the ruling of the trial judge as to questions of evidence, and no exceptions to the charge.   It was a proper case to be submitted to a jury, and the verdict must be upheld.   Affirmed, with costs.